```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIS TORO,                                           23-cv-6282 (JGK)

             Plaintiff,                           ORDER

      - against -

TWISTED THROTTLE, LLC,

             Defendant.

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was August 28, 2023. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **September 22, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:   New York, New York
        September 6, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge