UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

               Plaintiff,          23-cv-6282 (JGK)

    - against -             ORDER

TWISTED THROTTLE, LLC,

               Defendant.

JOHN G. KOELTL, District Judge:

    The time for the parties to file a Rule 26(f) report was **October 8, 2023**. ECF No. 10. To date, no 26(f) report has been filed.

    The time for the parties to file a Rule 26(f) report is extended to **November 10, 2023**.

SO ORDERED.

Dated:    New York, New York
           October 19, 2023

                                                John G. Koeltl
                                     United States District Judge