UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS TORO,
                Plaintiff(s)

                                                                                             23 civ 6282 (JGK)

      -against-

TWISTED THROTTLE, LLC,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

This matter having been referred to mediation,

The conference scheduled for November 15, 2023 is canceled.

**SO ORDERED.**

                                                                                          **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 8, 2023