UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LUIS TORO,

                    Plaintiff,              23-cv-6282 (JGK)

          - against -                       ORDER

TWISTED THROTTLE, LLC,

                    Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

     The extended deadline for the parties to file a Rule 26(f)

report was **November 10, 2023**. ECF No. 11. To date, no 26(f)

report has been filed.

     The time for the parties to file a Rule 26(f) report is

extended to **December 14, 2023.**

SO ORDERED.

Dated:     New York, New York
           November 14, 2023

                                        John G. Koeltl
                              United States District Judge